**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02986-REB-BNB

LUCRECIA CARPIO HOLMES,

    Plaintiff,

v.

COLORADO COALITION FOR THE HOMELESS LONG TERM DISABILITY PLAN,

    Defendant.

**MINUTE ORDER**[1]

    The matter comes before the court on **Defendant's Motion For Leave To File Reply Brief on The Administrative Record** [#24] filed November 4, 2010. The motion is **GRANTED** and **Defendant's Reply Brief on The Administrative Record** [#24-1] is accepted for filing.

    Dated: November 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.