IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 09-cv-02986-REB-BNB     Date: June 29, 2011
Courtroom Deputy: Laura Galera     FTR BNB COURTROOM A-401

---

LUCRECIA CAPRIO HOLMES                                          Brian A. Murphy

           Plaintiff,

v.

COLORADO COALITION FOR                                          Richard N. Bien
THE HOMELESS LONG TERM
DISABILITY PLAN,

           Defendant.

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in session:     10:53 a.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

Court presents findings.

**ORDERED:**  Plaintiff's Motion to Stay Any Decision on the Administrative Record, to Open
Limited Discovery, and if Necessary, to Set the Case for Trial Regarding Any
Material Issues of Disputed Fact [27] is **DENIED.**

Court in Recess     11:15 a.m.     Hearing concluded.     Total time in Court:     00:22

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.